UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Mag. Judge Case No. 10-1704-TSH
)
KEXUE HUANG, )
a/k/a "John" )
Defendant )

## AFFIDAVIT IN SUPPORT OF ARREST

I, Alexander H. Arnett, Jr., Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Kexue Huang, a/k/a "John", on an indictment filed in the Southern District of Indiana charging the defendant with twelve counts of Theft, and Attempted Theft, of Trade Secrets to Benefit a Foreign Government and Instrumentality, in violation of 18 U.S.C. §§ 1831(a)(1), 1831(a)(4), and 2, and five counts of Interstate and Foreign Transportation of Stolen Property, in violation of 18 U.S.C. §§ 2314 and 2, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Alexander H. Arnett, Jr.
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 13th day of July, 2010.

Marianne B. Bowler
United States Magistrate Judge